IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
IN ADMIRALTY

| | |
|---|---|
| PLATINA BULK CARRIERS PTE LTD, | Civil Action No.: 2:22-cv-1851-RMG |
| Plaintiff, | |
| vs. | |
| PRAXIS ENERGY AGENTS DMCC, PRAXIS ENERGY AGENTS LLC, and PRAXIS ENERGY AGENTS PTE LTD. | *EX PARTE* ORDER FOR PROCESS OF MARITIME ATTACHMENT |
| Defendants. | |

Upon reading the verified Complaint, (Dkt. No. 1), for issuance of process of maritime attachment and garnishment and the affidavit filed at (Dkt. No. 4-1), the Court finds that the conditions set forth in Supplemental Admiralty Rule B appear to exist, and is this 17th day of June, 2022, by the United States District Court for the District of South Carolina

**ORDERED** that the Clerk shall issue process of maritime attachment and garnishment as prayed for in the Complaint;

**ORDERED** that any person claiming an interest in the property attached or garnished shall pursuant to said order be entitled upon application to the court, to a prompt hearing at which the Plaintiff shall be required to show why the attachment and garnishment should not be vacated or any other relief granted; and it is further

**ORDERED** that a copy of this Order shall be attached to and served with the said process of maritime attachment and garnishment; and it is further

**ORDERED** that supplemental process enforcing the Court's Order may be issued by the Clerk upon application without further order of the Court; and it is further

1

**ORDERED** that following initial service by the U.S. Marshal or other process server designated by the Plaintiff upon the garnishee, that supplemental service of the Process of Maritime Attachment and Garnishment, as well as this Order, may be made by facsimile transmission or other verifiable electronic means, including e-mail, to the garnishee; and it is further

**ORDERED** that pursuant to Federal Rule of Civil Procedure 5(b)(2)(D) the garnishee may consent, in writing, to accept service by any other means.

**AND IT IS SO ORDERED**

June 17, 2022
Charleston, South Carolina

s/ Richard Mark Gergel
Richard Mark Gergel
United States District Judge
