IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
IN ADMIRALTY

| | | |
|---|---|---|
| PLATINA BULK CARRIERS PTE LTD, | ) | Civil Action No.: 2:22-cv-1851-RMG |
| | ) | |
| Plaintiff, | ) | |
| | ) | **SUMMONS AND PROCESS OF** |
| vs. | ) | **MARITIME ATTACHMENT AND** |
| | ) | **GARNISHMENT THE PRESIDENT OF** |
| PRAXIS ENERGY AGENTS DMCC, | ) | **THE UNITED STATES OF AMERICA** |
| PRAXIS ENERGY AGENTS LLC, and | ) | |
| PRAXIS ENERGY AGENTS PTE LTD. | ) | |
| | ) | |
| Defendants. | ) | |

TO:  SPECIALLY APPOINTED PROCESS SERVER

GREETINGS:

WHEREAS, on the 12th day of June 2022, Plaintiff filed a Verified Complaint against Defendants PRAXIS ENERGY AGENTS DMCC, PRAXIS ENERGY AGENTS LLC, and PRAXIS ENERGY AGENTS PTE LTD. For the reasons in said Verified Complaint mentioned for the sum of **US $415,807.90** and praying for process of maritime attachment and garnishment against the said Defendants attaching property believed to be in the hands of Cooper & Bilbrey P.C., and/or its bank, as garnishee; and

WHEREAS, this process is issued pursuant to such prayer and requires that a garnishee shall serve his answer within twenty-one (21) days after service of process upon it and requires that a defendants shall serve their answer within thirty (30) days after process has been executed, whether by attachment of property or service on the garnishee,

NOW, THEREFORE, you are hereby commanded that if the said Defendants cannot be found within the District, you attach their goods, chattels, credits, freights, fsub-freights, funds, and effects located and to be found at **Cooper & Bilbrey P.C.**, (1476 Ben Sawyer Blvd #11, Mt Pleasant, SC 29464) and described as follows: payments and/or credits due and owing to PRAXIS ENERGY AGENTS DMCC, PRAXIS ENERGY AGENTS LLC, and/or PRAXIS ENERGY AGENTS PTE LTD., in the hands of Cooper & Bilbrey P.C, or its banking institutions, the garnishees, up to the amount sued for, to-wit: **US $415,807.90** and how you shall have executed this process, make known to this Court with your certificate of execution thereof written.

WITNESS THE HONORABLE

s/Richard Mark Gergel
United States District Judge
in said District, this 17th day of June, 2022.


Robin L. Blume                       , CLERK

BY:   s/S. Shealy

Deputy Clerk

NOTE: This process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.