IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
IN ADMIRALTY

| | | |
|---|---|---|
| Platina Bulk Carriers Pte Ltd, | ) | |
| | ) | Civil Action No.: 2:22-cv-1851-RMG |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Praxis Energy Agents DMCC, | ) | |
| | ) | |
| Defendants. | ) | |

**ANSWER OF GARNISHEE COOPER & BILBREY, PC**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW, Garnishee Cooper & Bilbrey, P.C. ("Garnishee"), and pursuant to, *inter alia*, Supplemental Rule B(3)(a), Rule E(4)(c), and all other applicable Federal Rules of Civil Procedure, files this Answer to Plaintiff's Process of Maritime Attachment and Garnishment ("Process") and asserts as follows:

1. As of the date of service of the Process on Garnishee, Garnishee possessed in this District a U.S. Treasury Check No. 4039-37002560, in the amount of $280,220.37, issued pursuant to Release of Registry Funds in civil action 2:20-cv-334.

2. Consistent with Supplemental Rule B(3)(a), the U.S. Treasury Check No. 4039-37002560, shall be held in the Garnishee's hands subject to further order of the Court.

This Answer is filed strictly in compliance with Garnishee's obligation under Supplemental Rule B(3)(a). It shall not be deemed a waiver of any of the rights, defenses, and/or claims which Defendants may have in this matter pursuant to, *inter alia*, the Federal Rules of Civil Procedure, the Supplemental Admiralty Rules, and/or the Local Rules of this Court.

RESPECTFULLY SUBMITTED,

COOPER & BILBREY, P.C.

By: s/ Albert G. Bilbrey, Jr.
ALBERT GLEN BILBREY, JR., ESQUIRE
    Federal Court ID 12938
    South Carolina Bar 103799
    agbilbrey@jhcooper.com
JOHN HUGHES COOPER, ESQUIRE
    Federal Court ID 298
    South Carolina Bar 1387
    State Bar of Georgia 185986
    shiplaw@jhcooper.com
JOHN TOWNSEND COOPER, ESQUIRE
    Federal Court ID 10172
    South Carolina Bar 76087
    jtc@jhcooper.com
PO BOX 22513
Charleston, SC 29413
O 843-883-9099; F 843-883-9335

AS GARNISHEE

July 8, 2022
Charleston, South Carolina